UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| | ) CASE NO. C10-0019-MJP-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| SHELLEY SAN MIGUEL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff filed a motion to voluntarily dismiss this civil rights action. (Dkt. 11.) His complaint has not yet been served on defendant. The Court recommends that plaintiff's motion for voluntary dismissal be GRANTED and this matter DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1