01
02
03
04
05
06
07                             UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
08                                         AT SEATTLE

09  LEROY WILLIAMS,                        )
                                           )   CASE NO. C10-0019-MJP
10          Plaintiff,                     )
                                           )
11      v.                                 )
                                           )   ORDER DISMISSING § 1983 ACTION
12  SHELLEY SAN MIGUEL,                    )
                                           )
13          Defendant.                     )
    _____)

14
        The Court, having reviewed the Report and Recommendation of the Honorable Mary
15
    Alice Theiler, United States Magistrate Judge, Plaintiff's response (Dkt. No. 13), and the
16
    balance of the record, does hereby find and ORDER:
17
        (1)     The Court adopts the Report and Recommendation;
18
        (2)     Plaintiff's response (Dkt. No. 13) asks the Court to dismiss this matter without
19
                prejudice.  This is precisely the relief recommended by Judge Theiler and
20
                adopted by this Court.
21
        (3)     The complaint and this action are DISMISSED without prejudice; and
22

ORDER DISMISSING § 1983 ACTION
PAGE -1

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 14th day of May, 2010.

　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2